1  Jack Silver, SB # 160575
2  Jerry Bernhaut, SB # 206264
   Law Office of Jack Silver
3  Post Office Box 5469
   Santa Rosa, California 95402-5469
4  Telephone: (707) 528-8175
   Facsimile: (707) 528-8675
5  Email: lhm28843@sbcglobal.net

6  Attorneys for Plaintiff
7  NORTHERN CALIFORNIA RIVER WATCH

**FILED**

JUN 05 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br>v.<br><br>CITY OF SAN JOSÉ, et al,<br><br>Defendants.<br>_____/ | CASE NO.: 5:12-CV-01624 HRL<br><br>[~~PROPOSED~~] **ORDER OF ENTRY OF CONSENT DECREE** |

WHEREAS, the parties in the above-captioned matter have reached a settlement, the specific terms of which are set forth in a Proposed Consent Decree dated April 19, 2013 and lodged with this Court on April 26, 2013 (DKT # 35); and,

WHEREAS, on April 19, 2013 a copy of the Proposed Consent Decree was provided via electronic mail to the U.S. Department of Justice for a mandatory 45-day agency review consistent with 33 U.S.C. § 1365(c) and 40 C.F.R. §135.5; and, was also provided to the U.S. Department of Justice via certified mailing; and,

WHEREAS, the 45-day agency review period expired on June 3, 2013;

IT IS HEREBY **ORDERED** that the Proposed Consent Decree dated April 19, 2013 is entered as an Order of the Court.

//
//

1  **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this case for
2  the sole purpose of enforcing compliance by the parties with the terms of the Consent Decree.
3  **SO ORDERED.** THE CLERK SHALL CLOSE THE FILE.

5  DATED: 6/5/13

6  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE